## THOMAS BARDLEY and WILLIAM BARDLEY v. ROBERT PALMATRY, Executor of Rachel Jordan.

Court of Chancery.  Kent.  August 14, 1817.

*Ridgely's Notebook I, 137.*

*Hall* for complainants.  *Ridgely* for defendant.

*Mr. Hall* reads the bill.  *Mr. Ridgely* reads the answer.

This was a question merely to identify the complainants.

Decree in favor of complainants.